IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES,

          Petitioner,

  v.

CHIEF OF POLICE, SAN FRANCISCO POLICE DEPARTMENT,

          Respondents.
_____/

No. C 07-80140M CW

ORDER RETURNING PETITION TO PETITIONER

    On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

    (1)    a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2)    an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3)    a court order for the defendants to be subjected to a lie detector test;

    (4)    covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual

allegations and claims for relief."

The Court has reviewed the instant "habeas petition," C 07-80140M, and finds that it fails to contain intelligible factual allegations and claims for relief. In this "habeas petition," which does not address any issue pertaining to Petitioner's incarceration, Petitioner alleges that "terrorism is the biggest enemy of terrorized victims" and therefore, Petitioner, as director of "Children's Safety and Welfare Program" must have a permit to wear a ballistic vest. Because this petition concerns one or more of the matters mentioned in the pre-filing order and because it does not contain intelligible factual allegations and claims for relief, the Clerk of the Court is ordered not to file it. Instead, the petition shall be returned to Plaintiff.

IT IS SO ORDERED.

Dated: 6/19/07

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: JEROME L GRIMES,

Case Number: CV07-80140 CW

_____/  **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: June 19, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3